Cynthia H. Moore Ramsey

13-80999

FILED
13 JUN 18 AM 9:16
UNITED STATES BANKRUPTCY CLERK
FOR THE DISTRICT OF NEBRASKA
OMAHA

Notice of Change of Address

Incorrect Address
2915 N 26 st omaha Neb 68111

Correct Address
P.O Box 8785 omaha Ne 68108
P.O Box 8785 omaha Ne. 68108