Cynthia F. Mure Hampton
P.O. Box 2725
Omaha Neb 68104

Case # 13-80999

Notice of Change of Address

Great Western Bank
_____

Incorrect Address
3707 N. 144st
Omaha Neb 68116

Correct Address
4545 West Center Road
Omaha Nebraska 68144

FILED
13 JUL 17 AM 10:52
UNITED STATES BANKRUPTCY CLERK
FOR THE DISTRICT OF NEBRASKA
OMAHA